JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBYN M.D.[1], | Case No. SACV 23-1042 AS |
|              Plaintiff, | |
|    v. | **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
|            Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the

\\

---

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: April 17, 2024

                                    _____/s/_____
                                              ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE