LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBYN MAUREEN DENUCCIO, | ) | No:  8:23-cv-01042-AS |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| | ) | |
| MARTIN O'MALLEY[1] | ) | |
|  Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND NINE HUNDRED FIFTY DOLLARS AND 00/100 ($4,950.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  June 4, 2024                / s / Sagar

                            HON. ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE

[1] Commissioner  Martin O'Malley is substituted for his predecessor as the defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-